**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **DAVID MEZA,** | § | |
|     **TDCJ-CID #1030341** | § | |
|        **Petitioner,** | § | |
| **V.** | § | **C.A. NO. C-08-091** |
| | § | |
| **NATHANIEL QUARTERMAN,** | § | |
| **Director, TDCJ-CID,** | § | |
|       **Respondent.** | § | **Consolidated with** |
| | | |
| **DAVID MEZA,** | § | |
|     **TDCJ-CID #1030341** | § | |
|        **Petitioner,** | § | |
| **V.** | § | **C.A. NO. C-08-121** |
| | § | |
| **NATHANIEL QUARTERMAN,** | § | |
| **Director, TDCJ-CID,** | § | |
|       **Respondent.** | § | |

## MEMORANDUM OPINION AND ORDER OF TRANSFER

These consolidated actions involve a habeas action filed by a state prisoner

incarcerated at TDCJ-CID's Neal Unit in Amarillo, Texas (D.E. 13).  Petitioner states he was

convicted of aggravated assault on a public servant and sentenced to fifteen years on

February 5, 2001, in the 103rd Judicial District Court of Cameron, Texas (*Id.*).

A habeas action may be filed either in the district where petitioner is in custody or in

the district in which petitioner was convicted.  28 U.S.C. § 2241(d); Wadsworth v. Johnson,

235 F.3d 959 (5th Cir. 2000).  Petitioner's place of incarceration is in Potter County in the

Amarillo Division of the Northern District of Texas, 28 U.S.C. § 124(a)(5), and he was

convicted by a court located in Cameron County in the Brownsville Division of the Southern

District of Texas.  28 U.S.C. § 124(b)(4).

For the convenience of parties and witnesses, in the interest of justice, a district court

may transfer any civil action to any other district or division where it might have been

brought.  28 U.S.C. §§ 1404(a) and 1406(a).  Because petitioner was convicted in Cameron

County, it is more convenient for the action to be handled in the Brownsville Division of the

Southern District of Texas.  The records of his conviction, the prosecutor and defense lawyer,

and the witnesses are all located in the Brownsville Division of the Southern District of

Texas.

Accordingly, it is ordered that the Clerk of the Court TRANSFER both actions to the

United States District Court for the Southern District of Texas, Brownsville Division.  All

pending motions are denied as moot and subject to renewal after the case is transferred.

ORDERED this 3rd day of June, 2008.

_____
 B. JANICE ELLINGTON
 UNITED STATES MAGISTRATE JUDGE